ACCEPTED
04-16-00017-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2016 10:24:12 AM
KEITH HOTTLE
CLERK



# Nicholas LaHood

## Criminal District Attorney
### Bexar County, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2016 10:24:12 AM
KEITH E. HOTTLE
Clerk

August 31, 2016

Honorable Keith E, Hottle, Clerk
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

> RE:  In the Matter of: James Moody
> Appellate Case No. 04-16-00017-CR
> Trial Court Case No. 413867

Dear Mr. Hottle:

The Appellants counsel in the instant case has filed a brief pursuant to Anders v. California, 386 U.S. 738,87 S. Ct. 1402,18 L. Ed. 2d 493 (1967). It is asserted therein that no reversible error exists in the instant case. Due to the nature of the Appellant's pleadings before this Court, the State waives its right to file a Appellee's brief at the present time. Should the Court receive a brief from the Appellant acting pro se, the State stands ready to file a brief in response to that pleading.

Thank you in advance for your consideration.

Sincerely yours,
/s/ Laura Durbin
LAURA DURBIN
Assistant Criminal District Attorney
Bexar County, Texas
Elizondo Tower
101 W. Nueva
(210) 335-2411
S.B.N. 24068556

cc: Pat Montgomery
111 Soledad, Suite 300
San Antonio, TX 78205

Attorney for the State